IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | |
|---|---|
| BRANDY TRUESDALE and CHESTER DOWNEY<br><br>Plaintiffs<br><br>v.<br><br>NATIONWIDE AFFINITY INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | Case No. 1:11-cv-00467-WO-JEP<br><br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on the 11th day of March, 2013, I electronically filed the "Declaration of Jason M. Stinehart and Certification of Completion of Mail Notice and Publication Notice" (Docket Entry 64) with the Clerk of Court using the CM/ECF system which sent notification of such filing to the following:

> J. Michael Malone
> Hendren & Malone, PLLC
> 4600 Marriott Drive, Suite 150
> Raleigh, NC  27612
> Telephone:  (919) 573-1423
> Facsimile:  (919) 420-0475
> Email:  mmalonelaw@aol.com
>
> Steven B. Epstein
> Poyner Spruill LLP
> 301 Fayetteville Street, Suite 1900
> Raleigh, NC  27601
> Telephone:  (919) 783-2846
> Facsimile:  (919) 783-1075
> Email:  sepstein@poynerspruill.com

> s/ Meredith J. McKee
> Meredith J. McKee